*Entire Exhibit P Redacted*

REDACTED

EXHIBIT

P

tabbies

CONFIDENTIAL-ATTORNEYS' EYES ONLY-SUBJECT TO PROTECTIVE ORDER
FAIRBANK007378