REDACTED

Entire Exhibit Redacted

EXHIBIT 10

MAYVILLE BOX02 000328